No. 82–5448. UNDERWOOD v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

---

JUSTICE BLACKMUN, with whom JUSTICE BRENNAN and JUSTICE MARSHALL join, dissenting.

For the reasons set forth in the dissenting opinion in *Holloway* v. *Florida*, 449 U. S. 905 (1980), I would grant the petition for certiorari and afford this case plenary consideration. See also *Spaziano* v. *Florida*, 454 U. S. 1037, 1041 (1981) (dissenting opinions).